UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IBTISAM S.S.,

     Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

     Defendant.

Case No. 24-cv-12983
Hon. Matthew F. Leitman

_____/

## JUDGMENT

     For the reasons stated in the order issued on this date, it is **ORDERED** and

**ADJUDGED** that Plaintiff's Motion for Summary Judgment is **DENIED** and

Defendant's Motion for Summary Judgment is **GRANTED**.

KINIKIA ESSIX
CLERK OF COURT

By:   s/Holly A. Ryan_____
       Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 26, 2026
Detroit, Michigan

1